IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 17  P 3: 47

CLERK _S. LaVictoire_
S.D. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: CR506-18 |
| KEVIN LAMAR LINGENFELTER | |

## ORDER

The Court has been advised that all motions filed in this case have been resolved by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this _17th_ day of January, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)